IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIMOTHY MICHAEL KENT,
      Plaintiff,

v.                                 Case No. 3:19cv3780/LAC/EMT

SHERIFF BOB JOHNSON, et al.,
      Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). On January 23, 2020, the court entered an order directing Plaintiff to file an amended complaint or, in the alternative, a notice of voluntary dismissal within thirty (30) days (ECF No. 6).

Plaintiff failed to respond to the court's order; therefore, on March 9, 2020, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 9). The time for compliance with the show cause order has now elapsed and Plaintiff has not filed an amended complaint or a notice of voluntary dismissal.

Accordingly, it is respectfully **RECOMMENDED**:

1. That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 13th day of April 2020.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.    Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.    A copy of objections shall be served upon all other parties.    If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.    *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.