IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIMOTHY MICHAEL KENT,
    Plaintiff,

v.                                              Case No. 3:19cv3780/LAC/EMT

SHERIFF BOB JOHNSON, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 13, 2020 (ECF No. 10). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 13th day of May, 2020.

       _s/L.A. Collier_
       **LACEY A. COLLIER**
       **SENIOR UNITED STATES DISTRICT JUDGE**